960

No. 80–5300. LEONARD v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 80–5309. DICKINSON v. SEIGLER ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–5315. MAGGARD v. FLORIDA PAROLE COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 80–5319. JOHNSON v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 80–5322. CAMP v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–5323. FLOYD v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 80–5330. HARRIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–5336. MOSER v. WILSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5343. DOWLING v. GOVERNMENT OF THE VIRGIN ISLANDS ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–5358. DANTZLER v. DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES OF FLORIDA EX REL. MORRIS. Sup. Ct. Fla. Certiorari denied.

No. 80–5363. BUSIC ET AL. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.